MONDAY. NOVEMBER 30, 2015

HON. Abel Acosta,
Clerk
P.O. Box 12308,
CAPITOL STATION,
AUSTIN, TEXAS 78711

PD-0375-15

IN THE
Fourteenth Court of Appeals
At Houston, TX

Re: COA No. 14-15-00163-CR
Tr. Ct. No. 65134-B
Style: SMITH, PERCY BENJAMIN, Appellant

v.

THE STATE OF TEXAS, Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

First Motion for extension of time to File Appellant's Petition for discretionary review.

Comes now SMITH, Percy Benjamin, Appellant motion for extension of time, and respectfully moves the court to extend the deadline for filing his (P.D.R) by thirty days. In support, Appellant would show the following:

I.

On September 17, 2015. Appellant's Pro se redrawn Petition for discretionary review was filed.

II.

On October 13, 2015. Appellant received a letter from the court of Appeals stating that Appellant's (PDR) was Pending due to failure of submitting a memorandum opinion.

III.

On October 26, 2015. Appellant received the memorandum opinion

IV

Appellant has been unable to submit the memorandum opinion due to the confiscation of Appellant's Property; and the move of Appellant to a different unit.

## V

This is Appellant's first request for extension. Appellant has been unable to meet dead line's for the following reasons: Limited access to Law - library; limited legal knowledge thereby slowing down Appellant's legal research.

## VI

For the reasons stated. Appellant respectfully request an additional thirty day to submit records in support of Appellant's petition for - discretionary review.

WHEREFORE, PREMISSES CONSIDERD, the Appellant respectfully prays that this motion for extension of time be granted by this Honorable court.

Respectfully submitted

TDCJ # 1745775.
PERCY BENJAMIN SMITH III
Bill clements unit
9601 SPUR 591
Amarillo, TX. 79107-9606